UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO 6:24-CR-77-REW

UNITED STATES OF AMERICA                                         PLAINTIFF

V.

JERRY DUNN                                                       DEFENDANT

---

### REQUEST FOR NOTICE OF INTENT TO USE RULE 404(b) EVIDENCE

---

Comes the Defendant, Jerry Dunn, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the Government provide reasonable notice in advance of trial to counsel for Defendant of the general nature of any evidence the Government intends to introduce at trial pursuant to Rule 404(b) of the Federal Rules of Evidence.

                    Respectfully submitted,
                    MASHNI LAW, PLLC

BY:   /s/ Abraham Mashni
        ABRAHAM MASHNI
        271 W. Short St., Suite 506
        Lexington, KY 40507
        (859) 201-3550
        Abe@KYCriminalDefense.com
        *Counsel for Mr. Dunn*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that a true and correct copy of the foregoing has been served by electronic submission upon all parties, on this the 10th day of January, 2025.

                                                      <u>/s/ Abraham Mashni</u>
                                                      ABRAHAM MASHNI
                                                      *Counsel for Mr. Dunn*

Case: 6:24-cr-00077-REW-HAI    Doc #: 17    Filed: 01/10/25    Page: 2 of 2 - Page ID#: 39