UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 6:24-CR-77-REW**

**UNITED STATES OF AMERICA**             **PLAINTIFF**

**v.**             **NOTICE**

**JERRY DUNN**             **DEFENDANT**

\* \* \* \* \*

Comes now the United States, by counsel, and provides notice that the victim in the above-styled case does not wish to exercise her right to remain in the courtroom for the entirety of the trial proceedings.

            Respectfully submitted,

            PAUL C. McCAFFREY
            ACTING UNITED STATES ATTORNEY

BY:    /s/ *Justin E. Blankenship*
         Assistant United States Attorney
         601 Meyers Baker Road
         London, Kentucky 40741
         Phone: (606) 330-4829
         Justin.Blankenship2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to all counsel of record.

                                         /s/ *Justin E. Blankenship*
                                         Assistant United States Attorney