UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL – DAY 1

Case No.  6:24-CR-077-REW            At  London            Date  October 22, 2025

Case Style:  United States of America v. Jerry Dunn

DOCKET ENTRY: **DAY 1:**   The parties appeared as noted for a jury trial.  Voir dire commenced and was completed. The Court heard and resolved motions to strike for cause.  The Clerk randomly drew 31 potential jurors from the members of the venire not stricken or excused.  The parties exercised their peremptory challenges simultaneously.  The Court then impaneled the jury.  The Court invoked Rule 615. Counsel for the United States and Defendant made opening statements.

Outside the presence of the jury, the Court discussed with the parties the proof of alleged threats by Defendant toward and against the minor. Counsel for the United States expanded on its understanding of the timing of the alleged threats and the nature of the conduct based on supplemental information received from the minor. Defense counsel orally delivered his position as the transcript will reflect.  The Court allowed the United States to examine the alleged threats through the minor's testimony. Defendant renewed his 404(b) objection, which the Court noted as preserved.  The Court persisted in its detailed prior ruling.

The Court heard testimony from three government witnesses and admitted two exhibits: Exhibit 2, a two-part exhibit consisting of a cellular phone and a memory card, and Exhibit 3, a multi-part forensic extraction report of the Defendant's Samsung phone and SD card.

Outside the presence of the jury, the Defendant previewed the case trajectory for October 23, 2025.  The Court will call the case promptly **at 8:00 a.m.**  The Defendant will present his Rule 29 motion at first call.

PRESENT:   HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Michelle Sliter | Kimberley Keene | Justin Blankenship |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                                    ATTORNEY FOR DEFENDANT:

Jerry Dunn (Custody)                                          Abraham Mashni (CJA)

X JURY TRIAL.  The Jurors listed below empaneled for trial.

| Juror No. | **179** | Juror No. | **48** | Juror No. | **170** |
|---|---|---|---|---|---|
| Juror No. | **358** | Juror No. | **311** | | |
| Juror No. | **131** | Juror No. | **143** | | |
| Juror No. | **87** | Juror No. | **185** | | |
| Juror No. | **175** | Juror No. | **174** | | |
| Juror No. | **187** | Juror No. | **177** | | |

   X      Introduction of evidence for plaintiff began and **concluded.**

|   |   |
|---|---|
| \_\_\_\_\_ | Evidence for defendant began but not concluded. |
| __X__ | Case continued to **October 23, 2025**, at the hour of **8:30 a.m.**, for further trial. Jurors shall report to the jury assembly room by **8:15 a.m.** |
| \_\_\_\_\_ | Motion for judgment of acquittal \_\_\_\_ granted \_\_\_\_denied \_\_\_\_submitted. |
| \_\_\_\_\_ | Jury retires to deliberate at _____; Jury returns at _____. |
| \_\_\_\_\_ | FINDING BY COURT. \_\_\_JURY VERDICT. \_\_\_\_SEE SIGNED VERDICT AS TO DEFENDANT. |
| \_\_\_\_\_ | Jury Polled.        _____Polling Waived                _____Mistrial Declared. |
| \_\_\_\_\_ | Case continued until _____at \_\_\_\_\_at_____, Kentucky for sentencing. |
| \_\_\_\_\_ | Court received Presentence Report.         \_\_\_\_Copy furnished to counsel pursuant to Rule 32 FRCP. |
| \_\_\_\_\_ | Copy of Presentence Report not requested. |
| __X__ | Defendant Dunn remanded to the custody of the United States Marshals Service. |

Copies: COR, USP, USM

Initials of Deputy Clerk    mrs                                                                                            TIC: 7/15

Signed By:
*Robert E. Wier* *REW*
United States District Judge