UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – JURY TRIAL – DAY 2

Case No.  6:24-CR-077-REW           At  London           Date  October 23, 2025

Case Style:  United States of America v. Jerry Dunn

DOCKET ENTRY: **DAY 2:**  The parties appeared as noted for the second day of the jury trial.  Outside the presence of the jury, Defendant moved orally for a judgment of acquittal under Rule 29, and the United States opposed.  Finding adequate evidence in the record supporting the Counts under the operative Rule 29 standard, the Court **DENIES** the motion.

The Court and the parties preliminarily discussed the jury instructions. The parties agreed that up to thirty minutes each would be sufficient for closing arguments.

The Court delivered an agreed mid-trial instruction (same text as final instruction #23) to the jury. The Court heard testimony from one defense witness.

After the close of proof and outside the presence of the jury, the Defendant orally renewed his Rule 29 motion, and the Court persisted in its ruling.

Outside the presence of the jury, the Court, pursuant to Rule 30, conducted a charge conference.

The Court heard closing arguments from each side.  The Court charged the jurors and then conditionally excused Juror 170 after the Clerk identified him/her as the alternate.

The verdict-form containing the name of any of the jurors shall be **REDACTED.**  The Court **DIRECTS** the Clerk to file in the record the **redacted** verdict form, the final jury instructions (as read to the jury on the record), juror note(s), and a copy of the redacted Indictment (as provided to the jury during deliberations).  Unredacted copies shall be filed as **SEALED** attachments.

The jury returned a unanimous **GUILTY** verdict on all counts.  And the Court, based on the jury's verdict, found the Defendant **GUILTY** of Counts 1 through 5 under 18 U.S.C. § 2251(a) and Count 6 under 18 U.S.C. § 2252(a)(4)(B), as contained in the Indictment. (DE 1).

The Court **SCHEDULED** sentencing for Defendant Dunn on **Tuesday, February 24, 2026, at 10:30 a.m.,** in **London**. The Court will issue a separate sentencing order.

---

PRESENT:   HON. ROBERT E. WIER, U.S. DISTRICT JUDGE

| Michelle Sliter | Kimberley Keene | Justin Blankenship |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

DEFENDANT:                                              ATTORNEY FOR DEFENDANT:

Jerry Dunn (Custody)                                    Abraham Mashni (CJA)

X  JURY TRIAL.  The Jurors listed below returned for further trial.

1

| Juror No. | 179 | Juror No. | 48  | Juror No. | 170-ALT |
| Juror No. | 358 | Juror No. | 311 |           |         |
| Juror No. | 131 | Juror No. | 143 |           |         |
| Juror No. | 87  | Juror No. | 185 |           |         |
| Juror No. | 175 | Juror No. | 174 |           |         |
| Juror No. | 187 | Juror No. | 177 |           |         |

|          | Evidence for plaintiff resumed and concluded. Government rested. |
| __X__    | Introduction of evidence for defendant Dunn begun and concluded. Defendant Dunn rested. |
|          | Case continued to _____, at the hour of **8:30 a.m.**, for further trial. Jurors shall report to the jury assembly room by **8:15 a.m.** |
| __X__    | Motion for judgment of acquittal pursuant to Rule 29 ____ granted __X__ denied ____ submitted. |
| __X__    | Renewed Motion for judgment of acquittal pursuant to Rule 29 ____ granted __X__ denied ____ submitted. |
| __X__    | Jury retires to deliberate at **12:45 p.m.**; Jury returns at **1:25 p.m.** |
|          | FINDING BY COURT. __X__ JURY VERDICT. __X__ SEE SIGNED VERDICT AS TO JERRY DUNN. |
| __X__    | Jury Polled.    ____ Polling Waived    ____ Mistrial Declared. |
| __X__    | Case continued until **February 24, 2026, at 10:30 a.m.,** at the United States Courthouse, in **London, Kentucky** for sentencing. |
|          | Court received Presentence Report.    ____ Copy furnished to counsel pursuant to Rule 32 FRCP. |
|          | Copy of Presentence Report not requested. |
| __X__    | Defendant Dunn remanded to the custody of the United States Marshals Service. |

Copies: COR, USP, USM

Initials of Deputy Clerk    mrs                              TIC: 3/05

Signed By:
_Robert E. Wier_ /s/ REW
**United States District Judge**