AO 187 (Rev. 7/87) Exhibit and Witness List

Eastern District of Kentucky

**F I L E D**

Oct - 23 2025

Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

### EASTERN    DISTRICT OF    KENTUCKY

## Southern Division at London

United States of America
V.
Jerry Dunn

## EXHIBIT AND WITNESS LIST

Case Number:  6:24-CR-077-REW-01

| PRESIDING JUDGE Robert E. Wier | PLAINTIFF'S ATTORNEY Justin Blankenship | DEFENDANT'S ATTORNEY Abraham Mashni |
|---|---|---|
| JURY TRIAL: 10/22/25, 10/23/25 | Court Reporter Kimberley Keene | Courtroom Deputy Michelle Sliter |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| **1W** | | **10/22/25** | | | **Jacob Wilson – KSP Detective** |
| 2a | | 10/22/25 | | X | Samsung cellphone |
| 2b | | 10/22/25 | | X | SD Card from Dunn's Samsung cellphone |
| **2W** | | 10/22/25 | | | **Amanda Moses -Digital Forensic Examiner** |
| 3 | | 10/22/25 | | X | Forensic Report of Extraction of D's cell phone. |
| 3a | | 10/22/25 | | X | Photo of Defendant's Samsung Cellphone (back) |
| 3b | | 10/22/25 | | X | Photo of the Defendant's Samsung Cellphone (front) |
| 3c | | 10/22/25 | | X | Screenshot from D's Samsung Cellphone (owner info) |
| 3d | | 10/22/25 | | X | Screenshot from Dft's Samsung Cellphone (device info) |
| 3e | | 10/22/25 | | X | Photo of D's SD card (inside phone) |
| 3f | | 10/22/25 | | X | Photo of D's SD card (on evidence envelope) |
| 3ae | | 10/22/25 | | X | Photo of D kissing minor child |
| 3af | | 10/22/25 | | X | Dft and minor child with green wall in background |
| 3ag | | 10/22/25 | | X | Photo collage of D and minor child |
| 3h | | 10/22/25 | | X | Photo depicting D digitally penetrating minor child |
| 3i | | 10/22/25 | | X | Photo depicting vagina (pink blanket visible) |
| 3j | | 10/22/25 | | X | Photo depiciting D spreading minor child's vagina |
| 3k | | 10/22/25 | | X | Photo depicting minor child lifting bra in vehicle |
| 3l | | 10/22/25 | | X | Photo depicting minor child exposing breasts (cow shirt visible) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Jerry Dunn | CASE NO. 6:24-CR-077-REW |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3m | | 10/22/25 | | X | Photo depicting minor child with legs spread (cow shirt visible) |
| 3n | | 10/22/25 | | X | Photo of minor exposing breasts |
| 3o | | 10/22/25 | | X | Photo depicting minor child crouching in car |
| 3p | | 10/22/25 | | X | Photo depicting minor child and Dft with 11/4 (breasts exposed) |
| 3q | | 10/22/25 | | X | Close up of minor child's vagina |
| 3r | | 10/22/25 | | X | Photo depicting Facetime call w/D's face in upper corner |
| 3s | | 10/22/25 | | X | Photo depicting Facetime call w/minor child's vagina visible in lower corner |
| 3t | | 10/22/25 | | X | Photo depicting Facetime call w/D's face in upper corner and minor child's vagina |
| 3u | | 10/22/25 | | X | Photo depicting interior of SUV back seat |
| 3v | | 10/22/25 | | X | Photo depicting interior of SUV front seat |
| 3w | | 10/22/25 | | X | Photo depicting D kissing minor child (red shirt) |
| 3x | | 10/22/25 | | X | Photo depicting D performing oral sex on minor child |
| 3y | | 10/22/25 | | X | Photo depicting minor child squatting in front seat of vehicle |
| 3z | | 10/22/25 | | X | Photo depicting D digitally penetrating minor child |
| 3aa | | 10/22/25 | | X | Photo of minor child's vagina (white socks) |
| 3ab | | 10/22/25 | | X | Photo depicting backgrounds for multiple devices |
| 3ac | | 10/22/25 | | X | Photo depicting minor child's vagina (pink fleece shirt) |
| 3ad | | 10/22/25 | | X | Photo depicting minor child's face (pink fleece) |
| **3W** | | **10/22/25** | | | **Bethany Cureton** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |