# JURY SEATING CHART

| | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
|---|---|---|---|---|---|---|---|---|
| **BACK ROW** | 179 | 358 | 131 | 87 | 175 | 187 | 48 | |
| | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. | JUROR NO. |
| **FRONT ROW** | 311 | 143 | 185 | 174 | 177 | 170-ALT | | |

**6:24-CR-077-REW**

**USA V. JERRY DUNN**