Verdict - Guilty on all 6 Charges

Foreperson -

NOR-2 - 1:15 pm RW